[No. 8035–4–II.   Division Two.   November 5, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v.
STEPHEN IVERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 84–8–00052–3, Joel Penoyar, J. Pro Tem., entered July 16, 1984. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 8136–9–II.   Division Two.   November 5, 1986.]

*In the Matter of the Marriage of* SALLY ANNE HOGAN, *Respondent, and* JIMMY ALLAN HOGAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–3–01770–9, Waldo F. Stone, J., entered September 7, 1984. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.

[No. 8003–6–II.   Division Two.   November 5, 1986.]

FLOYD R. CONWAY, ET AL, *Respondents,* v. MICHAEL R. MCGRAW, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Thurston County, No. 82–2–00857–2, Carol A. Fuller, J., entered July 11, 1984. *Affirmed as modified* by unpublished opinion per Worswick, C.J., concurred in by Reed, J., and Petrie, J. Pro Tem.